UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE LOUIE,<br>Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>KAISER FOUNDATION HOSPITALS, and Does 1 through 50, Inclusive,<br><br>　　　　　　　Defendants, | Case. 2:10-cv-00670 DMG (FMO)<br><br>Assigned to Hon. Dolly M. Gee<br><br>[PROPOSED] ORDER RE STIPULATION TO DISMISS REST PERIOD CLAIMS AND TO REMAND ACTION TO STATE COURT  JS6<br><br>[Filed concurrently with Stipulation to Dismiss Rest Period Claims and to Remand Action to State Court]<br><br>Complaint Filed: Dec. 17, 2009 |

[PROPOSED] ORDER

The Court, having considered the parties stipulation, and finding it supported by good cause, hereby orders as follows:

　　1.　All claims for rest period violations are hereby dismissed with prejudice, including the entire second cause of action, and the derivative claims for rest period violations within the third (Unfair Competition) and fourth (Declaratory Relief) causes of action.

---

[PROPOSED] ORDER RE STIP TO DISMISS REST PERIOD
CLAIMS AND REMAND ACTION TO STATE COURT

12325454v.1

2. This action is hereby remanded to the Superior Court for the State of California, County of Los Angeles.

Dated: May 18, 2010

*Dolly M. Gee*
THE HONORABLE DOLLY M. GEE
Judge of the U.S. Central District Court

[PROPOSED] ORDER RE STIP TO DISMISS REST PERIOD CLAIMS AND REMAND ACTION TO STATE COURT

12325454v.1